GAINES, SILVEY & NICHOLS, INC., APPELLANT, v. STATE BOARD OF TAX APPEALS, RESPONDENT.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Joseph C. Paul*.

For the respondent, *David T. Wilentz* (*John Solan*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE JJ. 12.

*For reversal*—None.